B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

**Southern** _____ District Of _____ Texas- Houston Division \_\_\_\_\_

In re BEN BRANDON LEE AND DEMARCUS GREGORY-RAOME JOHNSON ,   )  Case No. \_\_\_\_ 25-32147 \_\_\_\_

Debtor )

) Chapter \_\_\_ 7 _____

)

BEN BRANDON LEE )

Plaintiff )

)

v. ) Adv. Proc. No. \_\_ 26-03237-mi \_\_\_

)

State of Michigan, Department of Treasury )

Defendant )

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:   Nathan Ochsner
Clerk of Court
Bob Casey United States Courthouse
515 Rusk Avenue
Houston, TX 77002

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:   Amy Beth Clark
Ciment Law Firm
221 Bella Katy Drive
Katy, Texas 77494
amy@cimentlawfirm.com
cpfiling@cimentlawfirm.com

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Nathan Ochsner, Clerk of Court*

Date: July 21, 2026

*s/ Amy Pearson*
*Signature of Clerk or Deputy Clerk*

SERVICE RETURN ATTACHED

**ATX Process, LLC**
**1411 West 6th Street**
**Austin, TX 78703**

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, _____(name), certify that service of this summons and a copy of the complaint was made _____(date) by:

❑    Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

❑    Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

❑    Residence Service: By leaving the process with the following adult at:

❑    Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

❑    Publication: The defendant was served as follows: [Describe briefly]

❑    State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____        Signature _____

         Print Name: _____

         Business Address: SERVICE RETURN ATTACHED

**ATX Process, LLC**
**1411 West 6th Street**
**Austin, TX 78703**

# AFFIDAVIT OF SERVICE

## UNITED STATES BANKRUPTCY COURT
Southern District of Texas

Case Number: 26-03237

Plaintiff:
**Ben Brandon Lee**

vs.

Defendant:
**State of Michigan, Department of Treasury**

For:
Ciment Law Firm, PLLC
221 Bella Katy Dr
Katy, TX 77494

Received by Nicole M. Wade on the 21st day of July, 2026 at 4:49 pm to be served on **State of Michigan, Department of Treasury by serving the Michigan Department of Attorney General, Revenue & Collections Division, P.O. Box 30754, Lansing, Ingham County, MI 48909**.

I, Nicole M. Wade, being duly sworn, depose and say that on the **27th day of July, 2026** at **12:01 pm, I:**

**DELIVERED BY CERTIFIED MAIL** by mailing a true copy of the **Summons in an Adversary Proceeding, Plaintiff's Original Complaint for Determination of Dischargeability (11 U.S.C. §523(A)(8)), Order Setting Rule 7016 Conference, Requiring Rule 7026 Meeting, Establishing Procedures for Discovery Disputes, and Emphasizing Applicability of Certain Federal Rules of Civil Procedure as Made Applicable by the Federal Rules of Bankruptcy Procedure, and Certificate of Notice** with the date of mailing endorsed thereon by me, to **State of Michigan, Department of Treasury by serving the Michigan Department of Attorney General, Revenue & Collections Division**. The mailing was accepted by **DTMB Delivery Services, Agent for State of Michigan, see green card attached** at the address of **P.O. Box 30754, Lansing, Ingham County, MI 48909**.

Additional Information pertaining to this Service:
7/23/2026  The documents were sent via CMRRR: 9589 0710 5270 0339 1885 82

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred. The facts in this affidavit are within my personal knowledge and are true and correct.

Subscribed and sworn to before me on the ___4___
day of ___August___ , ___2026___ by the affiant
who is personally known to me.

_____
NOTARY PUBLIC

LIZETTE WILLIAMS
Notary ID #132301052
My Commission Expires
May 6, 2028

**Nicole M. Wade**
PSC-9631, Exp. 4/30/2028

___08/04/2026___
**Date**

**ATX Process, LLC**
**1411 W. 6th Street**
**Austin, TX 78703**
**(512) 717-5600**

Our Job Serial Number: ATX-2026009008
Ref: Ben Brandon Lee v. State of Michigan

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

# Case Number: 26-03237

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

State of Michigan, Department of Treasury
c/o Michigan Department of Attorney General
Revenue & Collections Division
P.O. Box 30754
Lansing, MI 48909
Our Job No 9008

9590 9402 ____ ____                    22

2. Article Number *(Transfer from service label)*

9589 0710 5270 0339 1885 82

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X                                        ☐ Agent
                                         ☐ Addressee

B. Received by *(Printed Name)*          C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

JUL 27 2026

**DTMB Delivery Services**
**Agent for State of Michigan**

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                    Domestic Return Receipt