United States Bankruptcy Court
Southern District of Texas

**ENTERED**
September 09, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 25-32147** |
| **BEN BRANDON LEE, *et al.*,** | § | |
| | § | **CHAPTER 7** |
| **Debtors.** | § | |
| | § | |
| **BEN BRANDON LEE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **ADVERSARY NO. 26-3237** |
| | § | |
| **STATE OF MICHIGAN, DEPARTMENT OF TREASURY,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

**COMPREHENSIVE SCHEDULING, PRE-TRIAL AND TRIAL ORDER**

A pretrial conference was held on **September 9, 2026.** The parties submitted a Rule 26 Report:

A. ________ which is attached and is accepted by the Court except as modified by this order; or

B. ___X___ which is filed at Docket No. **9** and is accepted by the Court except as modified by this order.

Under authority of Fed. R. Bankr. P. 7016 and Fed. R. Civ. P. 16, it is hereby ORDERED that the following deadlines and settings shall apply in the above referenced adversary:

1. The deadline to join additional parties is **October 14, 2026.**

2. All discovery in this case must be completed on or before **November 13, 2026.**

3. The party with the burden of proof on an issue must serve its expert reports no later than **October 15, 2026.** Rebuttal expert reports must be served no later than **October 30, 2026.** The issue as to whether Mr. Lee will be awarded attorneys fees is bifurcated. It will be determined after this matter is tried or settled. No expert report on that issue must be completed at this time.

4. The deadline to amend pleadings is **November 11, 2026.**

5. Dispositive motions may not be filed after **December 1, 2026**. Any responses to dispositive motions must be filed within 21 days after a dispositive motion is filed.

6. Witness and Exhibit Lists must be exchanged at least 2 working days prior to the face-to-face meeting required in the following paragraph. Copies of the exhibits shall be attached to the Exhibit List.

7. Counsel must meet face to face to attempt to resolve these issues amicably, to attempt to stipulate to as many facts and issues as possible, and to prepare the pretrial order. This face-to-face meeting must occur prior to **December 31, 2026.** The court intends that this will be a substantive, good faith effort to resolve issues. Therefore, trial counsel (lead counsel) are required to attend this meeting in person. Counsel who are not present at this meeting may not be permitted to participate in the trial.

8. The parties must jointly prepare and file a proposed form of pretrial order not later than **January 28, 2027.** The proposed form of order must be signed by counsel for both parties and must be in the form set forth as Appendix C on the Court's website.

9. Copies of exhibits must be attached to the pretrial order. Relevant portions of lengthy exhibits must be highlighted. Counsel must also attach succinct memoranda on disputed issues of law.

10. The Pre-Trial Conference will be held on **February 4, 2027, at 11:00am.** Attendance by all parties is required, either in proper person (if not represented by counsel) or by an attorney who has authority to bind the party. Each party must have a representative present with full settlement authority.

11. **Trial of this adversary proceeding will be on February 18, 2027 at 9:30 a.m.** It is estimated that trial can be completed in **4** hours of trial time. Each witness and each counsel may appear in person at the Courthouse or may appear by audio and video connection.

It is further ordered that changes to this Scheduling Order may only be made by further order of this Court. A motion to extend any deadline and/or alter any hearing date will only be granted for good cause shown beyond the control of the lawyers and/or parties and only in very limited circumstances.

SIGNED 09/09/2026

Marvin Isgur
United States Bankruptcy Judge