UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS – HOUSTON DIVISION

In re:

BEN BRANDON LEE AND DEMARCUS GREGORY-RAOME JOHNSON,

Debtors.

Case No.: 25-32147

Chapter: 7

______________________________________/

BEN BRANDON LEE,

Plaintiff,

vs.

STATE OF MICHIGAN, DEPARTMENT OF TREASURY,

Defendant.

Adversary No.: 26-03237

______________________________________/

**TREASURY'S INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)**

Defendant, State of Michigan, Department of Treasury ("Treasury"), through its attorney, Assistant Attorney General B. Thomas Golden, submits the following pursuant to Rule 26(a)(1):

(i) the name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.

| **Name, and if known, Address and Telephone Number** | **Subject(s) of Information** |
|---|---|
| Michelle Spitzley, Deputy Director, Michigan Department of Treasury, c/o Treasury's counsel. | Information regarding the student loan program, the allegations set forth in the pleadings, and more broadly, Plaintiff's student loans that are the subject of this action. |
| Kathryn Herlache, Departmental Manager, Michigan Department of Treasury, c/o Treasury's counsel. | Information regarding the student loan program, the allegations set forth in the pleadings, and more broadly, Plaintiff's student loans that are the subject of this action. |
| Custodian of records for Firstmark, c/o Treasury's counsel. | Firstmark employees, agents, and/or representatives have access to information, correspondence, and records related to Plaintiff's student loan. |

(ii) a copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.

**Treasury, including its agents, employees, and/or vendors have loan documents, account documents, statements, account notes, call logs, correspondence, and various physical and/or electronically stored information relating to the subject student loans in its possession, custody, or control.**

(iii) a computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.

**Not applicable to Treasury.**

(iv) for inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**No such insurance agreement applies.**

Respectfully submitted,

By: *<u>/s/ B. Thomas Golden</u>*

B. Thomas Golden (P70822)
Assistant Attorney General
Attorney for Defendant
Revenue and Tax Division
P.O. Box 30754
Lansing, MI 48909
(517) 335-7584
GoldenT2@michigan.gov

Dated: September 11, 2026