UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS – HOUSTON DIVISION

In re:

BEN BRANDON LEE AND DEMARCUS GREGORY-RAOME JOHNSON,

Debtors.
_______________________________________/

Case No.: 25-32147

Chapter: 7

BEN BRANDON LEE,

Plaintiff,

VS.

STATE OF MICHIGAN, DEPARTMENT OF TREASURY,

Defendant.
_______________________________________/

Adversary No.: 26-03237

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2026, I served *Michigan Department of Treasury's First Set of Interrogatories and Requests for Production of Documents to Plaintiff* by email and by United States Postal Service, First Class Mail, postage prepaid to the following:

Amy Beth Clark
Ciment Law Firm, PLLC
221 Bella Katy Dr.
Katy, TX 77494
amy@cimentlawfirm.com

by depositing the same in a receptacle of the United States Post Office in the City of Lansing, Michigan, enclosed in an envelope, plainly addressed, bearing postage fully prepaid.

I declare that the above statement is true to the best of my knowledge, information, and belief.

/s/ *Michelle Moore*
Michelle Moore, Legal Secretary