UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS – HOUSTON DIVISION

In re:

BEN BRANDON LEE AND DEMARCUS GREGORY-RAOME JOHNSON,

Debtors.
_______________________________________/

Case No.: 25-32147

Chapter: 7

BEN BRANDON LEE,

Plaintiff,

VS.

STATE OF MICHIGAN, DEPARTMENT OF TREASURY,

Defendant.
_______________________________________/

Adversary No.: 26-03237

**STIPULATION TO EXTEND DISCOVERY DEADLINE FOR PLAINTIFF'S DEPOSITION AND FOR PRODUCTION OF DOCUMENTS**

The parties, through their respective counsel, stipulate and agree to extend the discovery deadline for the limited purpose of taking the deposition upon oral examination of Plaintiff, Ben Brandon Lee, and state as follows.

1. Fed. R. Civ. P. 29(b), as applied through Fed. R. Bankr. P. 7029, provides that "a stipulation extending the time for any form of discovery must have court approval if it would interfere with the time set for completing discovery, for hearing a motion, or for trial."

2. This Court's Scheduling Order (DN 11) provides that discovery closes on November 13, 2026.
3. Defendant scheduled a deposition upon oral examination of the Plaintiff on November 12, 2026, at 10:30 am EST (DN 17, 18.)
4. Plaintiff and his counsel are not available for a deposition on November 12, 2026, and the other dates proposed by Defendant's counsel are no longer available.
5. The parties and their counsel have availability to conduct the deposition on November 23, 2026, at 10:30 am EST, a date outside the time set for the completion of discovery.
6. To avoid motion practice by either party, and in the spirit of cooperation, the parties hereby submit this stipulation, pursuant to Fed. R. Civ. P. 29(b), as applied through Fed. R. Bankr. P. 7029, seeking the Court's approval to move the deposition to November 23, 2026, at 10:30 am EST.
7. The parties also ask that the discovery deadline be extended so that Defendant can provide the payment history and current balances for the student loans that are the subject of this litigation.
8. This is the parties' first request to extend any dates in this case.

WHEREFORE, the parties hereby request that this Court enter an order approving the parties' stipulation to extend discovery deadline for the purpose of

taking Plaintiff's deposition upon oral examination on November 23, 2026, at 10:30 am EST and that the discovery deadline be extended until November 25, 2026 for Defendant to provide the payment history and current balances for the student loans that are the subject of this litigation.

Respectfully submitted,

By: */s/ B. Thomas Golden*
B. Thomas Golden (P70822)
Assistant Attorney General
Attorney for Defendant,
Michigan Department of Treasury
Revenue and Tax Division
P.O. Box 30754
Lansing, MI 48909
(517) 335-7584
GoldenT2@michigan.gov

Dated: November 4, 2026

Respectfully submitted,

By: */s/ Amy Beth Clark* (signed w/permission)
Amy Beth Clark, TX Bar No. 24043761
amy@cimentlawfirm.com
Ciment Law Firm, PLLC
221 Bella Katy, Dr.
Katy, Texas 77494
Ph: 833-663-3289
eService: cpfiling@cimentlawfirm.com
Attorney for Plaintiff, Ben Brandon Lee

Dated: November 4, 2026

# Attachment

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS – HOUSTON DIVISION

In re:

BEN BRANDON LEE AND DEMARCUS GREGORY-RAOME JOHNSON,

Debtors.
________________________________________/

Case No.: 25-32147

Chapter: 7

BEN BRANDON LEE,

Plaintiff,

VS.

STATE OF MICHIGAN, DEPARTMENT OF TREASURY,

Defendant.
________________________________________/

Adversary No.: 26-03237

**[PROPOSED]**
**ORDER GRANTING STIPULATION TO EXTEND DISCOVERY DEADLINE**

Under authority of Fed. R. Bankr. P. 7029 and Fed. R. Civ. P. 29, it is hereby ORDERED that the parties' stipulation to extend the discovery deadline for Plaintiff's deposition and for Defendant to provide a payment history and loan balances for the subject student loans is approved. Defendant shall re-notice the deposition upon oral examination of the Plaintiff for November 23, 2026, at 10:30 am EST. Defendant shall provide the payment history and loan balances for the subject student loans on or before November 25, 2026.

SIGNED _______________

_________________________________
Marvin Isgur
United States Bankruptcy Judge