UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS – HOUSTON DIVISION

In re:

BEN BRANDON LEE AND DEMARCUS GREGORY-RAOME JOHNSON,

Debtors.
_______________________________________/

Case No.: 25-32147

Chapter: 7

BEN BRANDON LEE,

Plaintiff,

VS.

STATE OF MICHIGAN, DEPARTMENT OF TREASURY,

Defendant.
_______________________________________/

Adversary No.: 26-03237

**[PROPOSED]**
**ORDER GRANTING STIPULATION TO EXTEND DISCOVERY DEADLINE**

Under authority of Fed. R. Bankr. P. 7029 and Fed. R. Civ. P. 29, it is hereby ORDERED that the parties' stipulation to extend the discovery deadline for Plaintiff's deposition and for Defendant to provide a payment history and loan balances for the subject student loans is approved. Defendant shall re-notice the deposition upon oral examination of the Plaintiff for November 23, 2026, at 10:30 am EST. Defendant shall provide the payment history and loan balances for the subject student loans on or before November 25, 2026.

SIGNED _______________

_________________________________
Marvin Isgur
United States Bankruptcy Judge