United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 06, 2026
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS – HOUSTON DIVISION

In re:

BEN BRANDON LEE AND DEMARCUS GREGORY-RAOME JOHNSON,

Debtors.

Case No.: 25-32147

Chapter: 7

BEN BRANDON LEE,

Plaintiff,

VS.

STATE OF MICHIGAN, DEPARTMENT OF TREASURY,

Defendant.

Adversary No.: 26-03237

**ORDER GRANTING STIPULATION TO EXTEND DISCOVERY DEADLINE**

Under authority of Fed. R. Bankr. P. 7029 and Fed. R. Civ. P. 29, it is

ORDERED that Defendant shall re-notice the deposition upon oral examination of the Plaintiff for November 23, 2026, at 10:30 am EST. Defendant shall provide the payment history and loan balances for the subject student loans on or before November 25, 2026.

Signed: November 06, 2026

Marvin Isgur
United States Bankruptcy Judge