United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 06, 2026
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS – HOUSTON DIVISION

In re:

BEN BRANDON LEE AND DEMARCUS GREGORY-RAOME JOHNSON,

Debtors.
_______________________________________/

Case No.: 25-32147

Chapter: 7

BEN BRANDON LEE,

Plaintiff,

VS.

STATE OF MICHIGAN, DEPARTMENT OF TREASURY,

Defendant.
_______________________________________/

Adversary No.: 26-03237

**ORDER GRANTING STIPULATION TO EXTEND DISCOVERY DEADLINE**

Under authority of Fed. R. Bankr. P. 7029 and Fed. R. Civ. P. 29, it is

ORDERED that Defendant shall re-notice the deposition upon oral examination of the Plaintiff for November 23, 2026, at 10:30 am EST. Defendant shall provide the payment history and loan balances for the subject student loans on or before November 25, 2026.

Signed: November 06, 2026

Marvin Isgur
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

Lee,
Plaintiff
State of Michigan, Department of Treasur,
Defendant

Adv. Proc. No. 26-03237-mi

# CERTIFICATE OF NOTICE

District/off: 0541-4 User: ADIuser Page 1 of 2
Date Rcvd: Nov 06, 2026 Form ID: pdf002 Total Noticed: 2

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Ben Brandon Lee, 407 Pinewood Ridge Dr., Spring, TX 77386-6015 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| dft | + | Email/Text: Treas-Bankruptcy@michigan.gov | Nov 06 2026 20:05:00 | State of Michigan, Department of Treasury, Michigan Department of Attorney General, Revenue & Collections Division, P.O. Box 30754, Lansing, MI 48909-8254 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amy Beth Clark-Downing | on behalf of Plaintiff Ben Brandon Lee amy@cimentlawfirm.com cpfiling@cimentlawfirm.com;lawgrrl1@recap.email |
| Bert Thomas Golden | on behalf of Defendant State of Michigan Department of Treasury goldent2@michigan.gov |

TOTAL: 2