UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS – HOUSTON DIVISION

In re:

BEN BRANDON LEE AND DEMARCUS GREGORY-RAOME JOHNSON,

Debtors.
_________________________________________/

Case No.: 25-32147

Chapter: 7

BEN BRANDON LEE,

Plaintiff,

VS.

STATE OF MICHIGAN, DEPARTMENT OF TREASURY,

Defendant.
_________________________________________/

Adversary No.: 26-03237

**DEFENDANT STATE OF MICHIGAN DEPARTMENT OF TREASURY'S RE-NOTICE OF TAKING THE DEPOSITION OF BEN B. LEE**

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30, as applied through Fed. R. Bankr. P. 7030, Defendant, State of Michigan, Department of Treasury, through its counsel, Assistant Attorney General B. Thomas Golden, will take the deposition upon oral examination of Plaintiff, Ben B. Lee, and the deposition will take place remotely at the date and time indicated:

| | |
|---|---|
| **Date:** | Monday, November 23, 2026 |
| **Time:** | 10:30 a.m. EST |
| **Location:** | Remote Deposition via Microsoft Teams |
| **Court Reporter:** | Esquire Deposition Solutions<br>(855) 982–6545<br>michiganscheduling@esquiresolutions.com |

Defendant's attorney will take the deposition upon oral examination via Microsoft Teams, with a meeting link to be circulated to counsel, before a duly qualified officer appointed or designated under Fed. R. Civ. P. 28, as applied through Fed. R. Bankr. P. 7028. The deposition will be recorded by audio, audiovisual, or stenographic means. This deposition is to be taken in accordance with the applicable Federal Rules of Civil Procedure, Federal Rules of Bankruptcy Procedure, and/or Southern District of Texas Bankruptcy Court Rules.

Respectfully submitted,

*/s/ B. Thomas Golden*

B. Thomas Golden (P70822)
Assistant Attorney General
Michigan Dep't of Attorney General
Revenue and Tax Division
Attorney for Defendant
P.O. Box 30754
Lansing, MI 48909
(517) 335–7584
Goldent2@michigan.gov

Dated: November 9, 2026